# UNITED STATES DISTRICT COURT

for the
__Middle__ District of __Tennessee__

__Civil__ Division

03-22 0040

Plaintiff(s): Francis Keister

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Metro Nashville police department Officer T. parson, Davidson county Attorneys office

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Francis Keister
Address: 17142 P.O. Box 17142
City: Nashville  State: TN  Zip Code: 37217
County: Davidson County
Telephone Number: 262-717-4588
E-Mail Address: Francis Keister12@J.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Metro Nashville Police Department
Job or Title (if known):
Address: 600 Murfreesboro Pike
City: Nashville  State: TN  Zip Code: 37210
County: Davidson County
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

**Defendant No. 2**
Name: Officer Parson
Job or Title (if known): Metro Nashville Police Officer
Address: 5101 Harding Place
City: Nashville  State: TN  Zip Code: 37219
County: Davidson County
Telephone Number: 615-862-7744
E-Mail Address (if known):

☑ Individual capacity  ☑ Official capacity

Defendant No. 3
  Name: Davidson County District Attorney's Office
  Job or Title (if known): Davidson County District Attorney Office
  Address: 222 2nd Avenue North TN 37201
    City / State / Zip Code
  County: 222 2nd Avenue North Nashville TN 37201
  Telephone Number: Davidson County
  E-Mail Address (if known):

  [ ] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
    City / State / Zip Code
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)
  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Deprivation of Whright under color of Law 42 U.S. 1983
Conspiracy to interfier with Civil Whright 42. U.S.C. 1985
Equal protection to the Fourteen amendment Clance of the U.S. constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. T. parson a metro Nashville police officer toyed my car on the 23rd of October of 2021, without any probable cause.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? This event happend at estabridg ct in Antioch, TN and other additional locations within the nashville area

B. What date and approximate time did the events giving rise to your claim(s) occur? October 23rd of 2021, with other additional dates from 2014 to the present time this complaints is been made

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On The 23rd of October officer parson of the meto Nashville police empounded my car for no probable reasons, The are others incidents that occurs to me which the police failes to act, Just because they personaly like me which is in violation of my constitutional whuch of the equal protection clause.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Yes my car been empound. Contributed to my homelessness. Since then I have face with several health related issues from slowly feet from staying in the cold all night, with other environmental hazards like been in contact with vaping from smokes, Carbon monoxide, Cigarette and other harmful substances in my day to day been outside. I have been homeless for almost 3 months and the half due to officer's pursuing seaconduely contributing action. by unlawfully taking my car

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I'm requesting the amount of One Hundred Fifty million dollars for actual damages, punitives damages, pain and suffering, medical bills, future medical bills, in addition to any other additional damages deem appropriate by the court.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/21/2022

Signature of Plaintiff
Printed Name of Plaintiff: FRANCIS KEISTER

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City   State   Zip Code
Telephone Number
E-mail Address

# STATEMENT OF CLAIM 1

(1) On the 23rd of October 2021 an officer from the Metro Nashville Police Department by the name of Officer-parson impounded my car for no good reason in violation of civil rights. Other incidents that have occured from 2019-to 2022 where the police have beinfully fails to act in violation of my civil rights to equal protection, and Officer-parson toying my car in violation of whs— to deprivation of rights under color of law.

(2) On July 16 of 2021 an individual pulled a shout gun on me when at this time I made a police report concerning this incident. No charges where brounet against this person, he even went further to spread nails all over my car, I showd the police the nails. The complaint was assind to a detective after few months from the incident the case was taken back to the D.As office I went there to enquire about the case I was told that the case has been closed. This incident happened at 3328 Smith spring road in Antioch TN 37013

(3) A big chounk of rok was throun at my car sometime in August of 2021 on my way to the Federal court house in Nashville. The truck was driving with TPD logistics logo on the back. I did take pictures of the truck and a dead picture of the tags. A report was also made into this incident the case was assind to detective lunk. I met with him during the investi gation and gives him pictures of the truck after a while i went to the DA screns officer to find out the status of the case I was told that the police did not find who throwd the rok at my car

And not the case has been closed.

(4) On the 3rd of January of 2022 at around 9:67pm the plus on a Sunday night while standing at a gas station at Ben Road and Eastlawn a car hit me on my left feet. After calling the police and ems no follow up was made to my concern the hit and run when this driver hit me on my feet. I was, not sure even if the police went to the gas station at a later time to look at the videos of the incident. This happens when on Sunday January 3rd when the lawyer of the police were to reply to another legal court issue involving me and then on the next day of Monday January 4th of 2022.

(5) On the 18 of January of 2022 two black males had an interaction with me at a food store on Ben road where one of this boys had a pistol on him, he was in the store with the pistol in his pocket making hand gesture at me come on, come on while was nearby town in a view, prior to the 18 this boys has previously attacked me at this same store where they jumped me pushing me on the head and all over my body, one of the boys also pointed a pistol at me during this encounter. There were three complaint from me concerning this boys the police made no effect in the first incident when i was hit jumped at a a pistol pulled on me.

(b) On October 6th, 2019 I was attacked at work at Amazon where I made a 911 call, the police got to the scene, no arrest was made, after almost a year it was only around the the mid of October of 2021 charges were brought against this individual for assaulting me, leaving me with a broken nose, a head injury, and an eye injury.

(c) While staying at my landlord's place from October 2022 to October 19 2021 I had a couple of incidents with him from assault, to vandalism, to him putting hazardous chemicals in the kitchen for me to get in contact of it's harmful chemicals, he could leave the door open at my report being made - all of this incident only one of the assault he was charged for and the vandalism, even though there was enough proff that he has used to poising me with the chemicals in the house.

All of this incidents shows that the police failed to protect, or neither deprived me of equal protection under law - violation of my constitutional rights. All three defendants willfully fried to protect me, one officer person unlawfully towin my car for no reasons violated my civil rights to due process, and the deprivation of rights under color of law.