## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **FRANCIS KEISTNER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:22-cv-00040** |
| | ) | |
| **METRO NASHVILLE POLICE** | ) | **JUDGE CAMPBELL** |
| **DEPARTMENT, et al.,** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from Magistrate Judge Holmes, which was filed on May 13, 2023, recommending this action be dismissed without prejudice for failure to properly serve the defendants. (Doc. No. 41). The Report and Recommendation advised the parties that any objections to Judge Holmes' findings were to be filed within fourteen days of service. (*Id*. at 4).

Instead of filing objections to Judge Holmes' Report and Recommendation, Plaintiff filed a Notice of Appeal. (Doc. No. 42). Only July 25, 2023, the Sixth Circuit Court of Appeals dismissed the appeal for lack of jurisdiction. (*See* Doc. No. 47). In light of the foregoing, the Court extended the time for Plaintiff to file objections to Judge Holmes' Report and Recommendation to August 25, 2023. (Doc. No. 49).

On August 25, 2023, Plaintiff mailed a Motion for Extension of Time, which the Court received on August 31, 2023. (Doc. No. 51). Through the Motion for Extension of Time, Plaintiff stated that "due to unbearable circumstances as this time" he was not able to comply with the extended deadline to file any objections. (*See id*.). On September 1, 2023, the Court granted Plaintiff's Motion for Extension of Time and set a new extended deadline of September 25, 2023,

for Plaintiff to file any objections to Judge Homes' May 12, 2023, Report and Recommendation. (*See* Doc. No. 51). In the same Order, the Court warned Plaintiff that "[r]equests for further extension will not be granted absent extraordinary circumstances which must be described with particularity." (*Id*. at 2). The Court further warned that "[a] general averment to unspecified circumstances, unbearable or otherwise, will not constitute good cause for an extension." (*Id*.).

The Court is in receipt of Plaintiff's Motion to Compel Defendants to Answer/Reply to Plaintiff's Complaint, which was mailed on September 25, 2023. (Doc. No. 52). Through the Motion, Plaintiff requests that the Court compel Defendants to file a responsive pleading to his complaint. (*See id*. at 1-2). Plaintiff further requests additional time to respond/comply to the Court's Order entered on September 1, 2023, (*see id*.), which the Court construes as a request for extension of time to file objections to Judge Homes' May 12, 2023, Report and Recommendation. Plaintiff does not provide any basis for his requested extension of time. Nor does he argue good cause for his requested extension. Having failed to show good cause, Plaintiff's request for an extension of time to file objections to Judge Homes' May 12, 2023, Report and Recommendation is **DENIED**.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice for failure to effect service of process.  The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE